UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JACK EBE and RICK LIMBAUGH,
for themselves and others similarly situated,

      Plaintiffs,

Case No. 2:21-cv-000180

   v.

JOHNSON CONTROLS INC.,

      Defendant.

## UNOPPOSED MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

For the reasons given in their supporting brief, plaintiffs Jack Ebe and Rick Limbaugh, on behalf of themselves and of the conditionally certified class, ask the Court to fully and finally approve the parties' proposed settlement agreement and to retain jurisdiction over this matter to enforce the terms of the settlement agreement. (Docket #21-1). Defendant Johnson Controls Inc. does not oppose this motion. Plaintiffs have filed a proposed order for the Court's consideration.

Dated this 27th day of April, 2022.

      **HAWKS QUINDEL, S.C.**
      *Attorneys for the Plaintiffs*

      By:   */s/ William E. Parsons*
      Richard Saks, State Bar No. 1022048
      Email: rsaks@hq-law.com
      222 E. Erie St., Ste. 210
      Milwaukee, Wisconsin 53201-0442
      Telephone: (414) 271-8650

      William E. Parsons, State Bar No. 1048594

00917005       1

Email: wparsons@hq-law.com
409 E. Main St.
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040

Aaron J. Bibb, State Bar No. 1104662
Email: abibb@hq-law.com
409 E. Main St.
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040

00917005

2