# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JACK EBE and RICK JOE LIMBAUGH, *for themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>Defendant. | Case No. 21-CV-180-JPS<br><br>**ORDER** |

On May 27, 2022, the Court conducted a fairness hearing regarding an unopposed motion filed by Plaintiffs Jack Ebe and Rick Limbaugh[1] for final approval of their proposed settlement agreement that resolved their claims against Defendant. ECF No. 37. As reflected in the Court's order, ECF No. 38, the Court approved the settlement agreement, held the case open pending Defendant's satisfaction of the terms of the settlement agreement, and referred Plaintiffs' motion for attorneys' fees, ECF No. 30, to Magistrate Judge Nancy Joseph.

The parties have resolved their dispute over attorneys' fees, and Plaintiffs have filed an unopposed motion asking this Court to dismiss this case with prejudice and award Plaintiffs a total of $53,964.50 in attorneys' fees, costs, and expenses. ECF No. 39. Based on the parties' briefs regarding Plaintiffs' motion for attorneys' fees, the Court is convinced that this amount represents a reasonable fee.

---

[1] As discussed in Plaintiff's counsel's notice of death, Plaintiff Michael Brown died on November 23, 2021 and was removed as a named Plaintiff in this case. ECF No. 25.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for attorneys' fees, ECF No. 30, be and the same is hereby **GRANTED in part**;

**IT IS FURTHER ORDERED** that Plaintiffs' unopposed motion for dismissal with prejudice and an award of attorneys' fees, ECF No. 39, be and the same is hereby **GRANTED** and Plaintiffs shall be awarded $53,964.50 in attorneys' fees, costs, and expenses; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 25th day of July, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge