# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JACK EBE and RICK JOE LIMBAUGH, *for themselves and others similarly situated*

           Plaintiffs,

v.

JOHNSON CONTROLS, INC.,

           Defendant.

Case No. 21-CV-180-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' unopposed motion for preliminary approval of the proposed settlement (ECF No. 17) be and the same is hereby **GRANTED** (ECF No. 22);

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' proposed class—consisting of [a]ll retired employees, spouses, and dependents who were receiving health insurance benefits as of December 31, 2020, under the 1994 agreement between Johnson Controls, Inc. and United Auto Workers Local 754 concerning the shutdown of Johnson Controls, Inc.'s plant in Owosso, Michigan—be and the same is hereby conditionally **APPROVED** for the purpose of settlement (ECF No. 22);

    **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs Jack Ebe and Rick Limbaugh be and the same are hereby **APPOINTED** class representatives (ECF No. 22);

**IT IS FURTHER ORDERED AND ADJUDGED** that Hawks Quindel, S.C. be and the same is hereby **APPOINTED** class counsel pursuant to Federal Rule of Civil Procedure 23(g) (ECF No. 22);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' unopposed motion for final approval of class action settlement (ECF No. 27) be and the same is hereby **GRANTED** (ECF No. 38);

**IT IS FURTHER ORDERED AND ADJUDGED** that the settlement is **APPROVED** as one that is a fair, reasonable, and adequate resolution of a *bona fide* dispute under Federal Rule of Civil Procedure 23(e) (ECF No. 38);

**IT IS FURTHER ORDERED AND ADJUDGED** that the settlement payments to all participating class members be and the same are hereby **APPROVED** (ECF No. 38);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' motion for attorneys' fees (ECF No. 30) be and the same is hereby **GRANTED in part** (ECF No. 40);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' unopposed motion for dismissal with prejudice and an award of attorneys' fees (ECF No. 39) be and the same is hereby **GRANTED** and Plaintiffs shall be awarded $53,964.50 in attorneys' fees, costs, and expenses (ECF No. 40); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED** (ECF No. 40).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

July 25, 2022     *s/ Jodi L. Malek*
Date     By: Deputy Clerk